**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rockhouse Too, LLC,

Plaintiff(s),

vs.

United States of America, et al.,

Defendant(s).

2:26-cv-02173-MDC

**ORDER SETTING HEARING**

**IT IS ORDERED** that the parties must appear in-person at **2:00 p.m. on October 5, 2026, in Courtroom 3B,** for a **HEARING** on the *Notice of Related Cases* (ECF No. 13).

Dated: September 14, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge