BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

PATRICK R. BURNETT (DCBN 1780072)
KENTON MCINTOSH (DCBN 1656705)
Trial Attorneys, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6619 (Burnett); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Patrick.R.Burnett@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKHOUSE TOO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:26-cv-02173-MDC<br><br>**STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF THE UNITED STATES' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Rockhouse Too, LLC and Defendant the United States of America, by and through their undersigned counsel, stipulate and agree as follows:

1. On September 21, 2026, the United States filed a Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1), (6). (ECF No. 15.) The motion seeks dismissal of the Complaint in its entirety.

2. The motion rests on the allegations of the Complaint, the exhibits attached to it, and public records of the State of Nevada and Clark County of which the United States has asked the Court to take judicial notice. No discovery is necessary for its resolution, and neither party contends otherwise.

3. The parties agree that staying discovery pending resolution of the motion will conserve the resources of the parties and the Court and will serve the objectives of Federal Rule of Civil Procedure 1. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602–03 (D. Nev. 2011).

4. Two related actions are pending in this District, each filed on July 17, 2026 by the same counsel and each seeking a refund of the Employee Retention Credit for the third calendar quarter of 2021 on the same asserted grounds: *PBR Rock LLC v. United States*, No. 2:26-cv-02174-JAD-EJY and *PKWY Summerlin, LLC d/b/a Tavern Tivoli v. United States*, No. 2:26-cv-02175-CDS-MDC. A notice of related cases has been filed in each action under LR 42-1(a). The United States has filed substantively identical motions to dismiss in all three actions, and the parties are submitting a materially identical stipulation in each.

5. No discovery has been served or taken in this action, and no scheduling order has been entered. This is the first request for a stay of discovery, and it is not made for the purpose of delay.

**THEREFORE, THE PARTIES STIPULATE AND AGREE:**

6. All discovery in this action is stayed pending the Court's resolution of the United States' Motion to Dismiss (ECF No. 15). The stay extends to all discovery, including initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the conference required by Rule 26(f), and the parties' obligation under LR 26-1 to submit a proposed discovery plan and scheduling order.

7. If the Court's order resolving the Motion to Dismiss does not dispose of this action in its entirety, the parties shall confer as required by Rule 26(f) no later than fourteen days after the date of that order, and shall file a proposed discovery plan and scheduling order no later than twenty-eight days after the date of that order.

8. This stipulation does not alter any deadline for briefing on the Motion to Dismiss.

9. This stipulation is entered without prejudice to any position either party may take on the Motion to Dismiss or on the merits of this action. No party waives any claim, defense, or objection by entering into it, and nothing in this stipulation constitutes an admission by any party.

10. Each party retains its obligation to preserve documents, electronically stored information, and other evidence that may be relevant to this action during the pendency of the stay.

Respectfully submitted this 24th day of September 2026,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Kenton McIntosh*
KENTON MCINTOSH
PATRICK R. BURNETT
Trial Attorneys
Civil Division, Tax Litigation Branch

*Counsel for the United States*

SILVER LAW PLC

*/s/ Jason Silver*
JASON SILVER, ESQ.
JACOB SILVER, ESQ.

KAPLAN LAW GROUP
KORY KAPLAN, ESQ.
Nevada Bar No. 13164
10091 W. Park Run Dr., Ste. 190
Las Vegas, NV 89145

*Counsel for Plaintiff Rockhouse Too LLC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 9-28-26

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 24th day of September, 2026 via filing the foregoing document with the Clerk of Court using the CM/ECF system.

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice